610

Vladyka, Appellant, *v.* McCormack.

Argued May 5, 1971. Before BELL, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Abraham J. Levinson,* for appellant.

*Miles Warner,* with him *Warner & McCormack,* for appellee.

OPINION PER CURIAM, October 12, 1971:
Decree affirmed, costs to be borne by appellant.
Mr. Justice JONES took no part in the consideration or decision of this case.